[No. 21350–4–I.   Division One.   July 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK CURRY, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 87–1–02331–8, James D. McCutcheon, Jr., J., entered November 19, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Forrest, JJ.